**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/19/2015 4:25:17 PM
CHRISTOPHER A. PRINE
Clerk

November 19, 2015

14th Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1067413
Trial Court Number: One (1)

**Style:**

| TRACETTE HOUSE | VS. | CUNEY HOMES |
|---|---|---|
| **APPELLANT(S)** | | **APPELLEE(S)** |

**Judge:** CLYDE R LEUCHTAG

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
|---|---|
| Tracette House, Pro Se | Kevin Fulton, No. 24059787 |
| Po Box 24453 | 2855 Mangum Road Suite 114 |
| Houston, Texas 77229 | Houston, Texas 77092 |
| Phone: N/A | Phone: (713) 677-0109 |
| Fax: N/A | Fax: (832) 201-8847 |
| E-Mail: tracette@bu.edu | E-Mail: N/A |

Tracette House, appellant, filed a Notice of Appeal on November 9, 2015 from the Final Judgment that was signed on October 30, 2015.

The Clerk's Record is due to your office on or before December 29, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

# NOTICE OF APPEAL (COURT OF APPEALS)

## THE CIVIL COURT FOR THE COUNTY OF HARRIS
## STATE OF TEXAS

| | | |
|---|---|---|
| CUNEY HOMES | § | NOTICE OF APPEAL |
| v. | § | CIVIL ACTION FILE<br>NO. 1067413 COURT #1 |
| TRACETTE HOUSE | § | |
| | | DATE OF ORDER<br>[OR]<br>DATE WRIT ENTERED |

TO:   County Clerk, Harris County, Texas
      County Civil Courts Department
      201 Caroline / Suite 500
      Houston, Texas 77002

PLEASE TAKE NOTICE that, the Defendant appeals the judgment rendered by this Honorable Court in the above styled and number cause. From an order WRIT OF POSSESSION ON PROPERTY of the court filed (Entered 11/02/2015) on the date shown. e.g., denying Defendant's motion for a new Trial. e.g., Dismissal under The Rule 12(C) Motion for Judgment on the Pleadings.

DATED: 11/9/2015

TRACETTE HOUSE (*Party Appealing*)
POST OFFICE BOX 24453
TRACETTE@BU.EDU
HOUSTON, TEXAS 77229

KEVIN HAROLD FULTON (*Attorney for Plaintiffs*)
2855 MANGUM ROAD SUITE 114
HOUSTON, TEXAS 77092
V: 713-677-0109
KFULTON@FULTONLAWOFFICE.COM
SBN: 24059787

ORION REAL ESTATE SERVICES (*Plaintiff*)
**dba** CUNEY HOMES
1455 W. LOOP S. SUITE 800
HOUSTON, TEXAS 77027
V: 713-622-5488

_____
SIGNATURE

THE CIVIL COURT FOR THE COUNTY OF HARRIS
STATE OF TEXAS

| | | |
|---|---|---|
| CUNEY HOMES | § | NOTICE OF APPEAL |
| v. | § | CIVIL ACTION FILE NO. 1067413 COURT #1 |
| TRACETTE HOUSE | § | DATE OF ORDER [OR] DATE WRIT ENTERED |

## APPEAL PETITION AND REVERSAL OF JUDGMENT AND STAY REQUEST

1. *Settlement Attempts.* Then, in 2015, T made a second attempt at settling LL/Tenant dispute. In addition, many of the first attempts at settlement failed. Inhibition of settlement by Attorney of Plaintiff. "Attorney seeks possession against T, before finding."

2. *Demand.* A "demand letter", or substitute method, was given to the Defendant on: August 04, 2015.

    Response: The Defendant has fully satisfied the Judgment.

3. *Ability to Collect from the Defendant.* The likelihood that the Defendant is able to pay the judgment amount, if obtained, is: "good because Judge determined that Defendant did not owe Plaintiffs any money on Plaintiffs claim."

4. *Follow-Up*

    *Defendant Response.*

    *Anticipated Defense.*

    Dollar claim is exaggerated.

    The Claim was filed in the wrong court.

    Claim is not valid.

    *Jury.* Jury trial requested (where available).

CASE

*Outline of the Case.*

Introduction.
    1. Notice of appeal or Motion for Appellate review.

2. Plaintiff has force T to post a bond or provide other security.

3. T does not need to post a supersedeas bond to begin an appeal.

4. Explain why that amount of the bond is appropriate to secure the Plaintiff's interest.

5. FRCP 62(C) permits a court to stay an injunctive order pending an appeal of the order, whether the order is granted or denied injunctive relief. (characterizing any "order to do," as opposed to an "order to pay," as injunctive.

6. FRCP 62(a) (applying automatic stay while post-judgment motions remain pending).

7. Posting a full bond is financially impractical, unnecessary, or impossible because of extraordinary, compelling, or exceptional circumstances.

8. Legal system should not force parties hit with immense judgments to forgo their rights to appeal.

9. Fed. R. App. P. 8(a); Cal Civ. Pro. Code, 995.240 (permitting the trial court to waive the bond requirement for an indigent);

10. Cal. R. Ct. 8.112 (West 2008) (permitting a petition for writ of supersedeas to be filed in the appellate court)

12. Need for stay and the reason why security cannot be provided.

13. T Affidavit of inability, the amount is excessive, Plaintiff legal theory was weak.

14. T will be able to raise substantial issues on appeal.

Body.

A. First, Plaintiff failed to show, as they must, that the Trial Court committed probable error. Instead they simply reiterate arguments the trial court rejected. (e.g., LL claim for back rent). Nor can they show probable error.

B. Second, Plaintiff failed to show, as they must, that without a supersedeas, they would be deprived of the benefits of success on appeal. That is, they have not shown either that the denial of supersedeas would cause them irreparable injury or that the granting of supersedeas would not cause the T disproportionate injury.

C. Indeed, Plaintiff cannot make that showing.

D. The harm in denying supersedeas would be insubstantial, as its plan is to evict the T.

E. By contrast, the grant of the supersedeas would cause the T and her animal aide substantial harm.

F. "With their obvious potential for financial prejudice and disruption," challenges like Plaintiffs' must not be permitted to drag on to the potential serious injury" of an entity like the PHA or the public at large.

G. Given Plaintiff's failure to carry their burden and the serious injury that further delay threatens, this Court should summarily deny their supersedeas and stay request.

H. A bond procured through fraud or duress may be unenforceable, but mistake on the part of the obligor as to the contents of a bond, or its legal effect, is not a defense to enforcement of the bond.

I. T can win a reversal.

Context.

15. LL may not obtain a writ of recovery as if for failure to pay rents not alleged as due in the complaint.

16. Holding forfeiture of T's public housing lease, considering her disability, indigence, and her willingness to cure any claimed breaches would be inappropriate.

17. Where T was wrongfully evicted, the LL must bear the expenses of removal, storage, and return of the T's personal property.

18. Involving government-subsidized housing, payments of government subsidy after issuance of writ waives the writ.

19. LL waived the right to restitution by accepting rent for the month in question for future months.

20. And that the rent transactions created a new tenancy by the parties.

Legal theory.

Negligence, Breach of Contract, or Breach of Warranty.

Amount of the counterclaim. $1000 response to payments, $906 personal property damage, $500 decrease loss of use, $500 loss of use.

Cooperative Witness : JUDGE CLYDE R. LEUCHTAG

What the witness can offer:        By his two actions, in play, were regarded as alternative
remedies for the same wrong.
Contacted on:        October 30, 2015
Discussion held with witness:        Plaintiff's right to possession and the conversion itself.

Uncooperative Witness : KEVIN HAROLD FULTON

What the witness can offer:        Writ of Possession Letter. Dispossess by fraud.

Uncooperative Witness : VALEX "DUKE" AMOS III

What the witness can offer:        "Duke" by fraudulent representations as to his testimony, induces T to deliver dwelling unit to him. T believing in good faith that he would conduct an investigation of the disputed or fraudulent transaction or occurrence that is subject of claim as agreed. (verify initials) For which he stated required compensation. Otherwise, theft and property damages offenses, or other late payment fees or penalties and compensation have not been returned to me.

Uncooperative Witness : ORION REAL ESTATE SERVICES dba CUNEY

What the witness can offer:        Misrepresentation or fraud in procuring the debt.

Affidavit from:        TRACETTE DESHAWN HOUSE

Obtained on:                        September 14, 2015
What fact(s) this evidence will supply:   The lease was removed and appropriated by third persons – that he was privilege to do so.

Document in Plaintiff's possession: Public Housing Authority (PHA) Notice to Vacate

What fact(s) this evidence will supply:   Payment of rent and other charges alleged to be owed.

Other:          Affidavit, Police Report, and other Agreement.

Obtained on:                          October 1, 2015.
What fact(s) this evidence will supply:   Theft and personal property damage offenses and penalties.

*Even a child is known by his actions, by whether his conduct is pure and right. Proverbs 20:11*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Defendant's **Notice of Appeal** and **Appeal Petition and Reversal of Judgment and Stay Request** was hand-delivered to the County Civil Court's Office and sent by U.S. Mail, postage fully prepaid, to the following counsel for Plaintiffs:

on this the 9 day of November, 2015.

PRO SE



**STAN STANART**
r | **Forgot Password**

Password:                                    [ Log In ]

Harris County Clerk

Courts          Property Records     Personal Records          Other

# County Civil Courts - January 1977 to present

| Case Number: 1067413 | [ Search ] |  | **Images available from Jan. 1, 2008 to Present** |
|---|---|---|---|

Party Type: [ 3rd Party Defendant ▾ ] Name: Last Name First - No Punctuation    [ Search ]    [ Clear ]

File Date (From): MM/DD/YYYY ▦ (To): MM/DD/YYYY ▦

**29 Record(s) Returned. Civil - reflect(s) filings accepted through 2015-10-29**

| Case | Crt | Date Opened | Commenced By | Status | Nature | Style | View All |
|---|---|---|---|---|---|---|---|
| 1067413 | 1 | 09/14/2015 | Petition | Inactive | Eviction | CUNEY VS. TRACETTE HOUSE | Parties |

| Case | File Date | Event | Comments | Pgs | Document ID |
|---|---|---|---|---|---|
| 1067413 | 09/14/2015 12:30 PM | JP Notice |  | 1 | CCCL-2015-315496 |
| 1067413 | 09/14/2015 12:30 PM | JP Receipts |  | 1 | CCCL-2015-315498 |
| 1067413 | 09/14/2015 12:30 PM | JP Citation |  | 2 | CCCL-2015-315500 |

**7**

| 1067413 | 09/14/2015 12:30 PM | JP Citation Returned | | 2 | CCCL-2015-315501 |
|---|---|---|---|---|---|
| 1067413 | 09/14/2015 12:30 PM | JP Docket Sheet | | 2 | CCCL-2015-315503 |
| 1067413 | 09/14/2015 12:30 PM | JP Answer | DEFENDANT'S ORIGINAL ANSWER | 1 | CCCL-2015-315504 |
| 1067413 | 09/14/2015 12:30 PM | Contest | JP APPEALED CONTEST TO DEFENDANT'S PORTION OF RENT | 3 | CCCL-2015-315506 |
| 1067413 | 09/14/2015 12:30 PM | JP Notice | DEFENDNAT'S NOTICE OF APPEAL | 1 | CCCL-2015-315508 |
| 1067413 | 09/14/2015 12:30 PM | Affidavit | JP APPEALED AFFIDAVIT OF INDIGENCY | 3 | CCCL-2015-315509 |
| 1067413 | 09/14/2015 12:30 PM | JP Notice | OF FILING SWORN STATEMENT OF INABILITY TO PAY TO APPEAL A JUDGMENT IN AN EVICTION CASE | 1 | CCCL-2015-315513 |
| 1067413 | 09/14/2015 12:30 PM | JP Notice | ON FILING SWORN STATEMENT OF INABILITY TO PAY (EVICTION APPEAL) | 1 | CCCL-2015-315516 |
| 1067413 | 09/14/2015 12:30 PM | JP Notice | DISBURSEMENT HISTORY QUERY JUDGE ZINETTA A. BURNEY | 1 | CCCL-2015-315519 |
| 1067413 | 09/14/2015 12:30 PM | Transcript from Justice of the Peace Court | | 1 | CCCL-2015-315521 |
| 1067413 | 09/14/2015 12:30 PM | JP Notice | BILL OF COSTS | 1 | CCCL-2015-315523 |
| 1067413 | 09/14/2015 12:30 PM | Exhibit | JP APPEALED | 1 | CCCL-2015-315524 |
| 1067413 | 09/14/2015 04:09 PM | Case Initiated - Petition | | 85 | CCCL-2015-314191 |
| 1067413 | 09/15/2015 10:31 AM | Pauper's Eviction | | 1 | CCCL-2015-315036 |
| 1067413 | 09/15/2015 10:31 AM | Pauper's Eviction | | 3 | CCCL-2015-315037 |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| 1067413 | 09/15/2015 10:31 AM | JP Fax Confirmation | | | 2 | CCCL-2015-315039 |
| 1067413 | 09/15/2015 10:58 AM | Receipt# 1079631 generated for the amount of $ 227.00 using Non-Monetary Funds | | | 0 | |
| 1067413 | 09/17/2015 09:23 AM | Crt 1-Order for Trial Setting-NonJury | | | 2 | CCCL-2015-318596 |
| 1067413 | 09/17/2015 09:23 AM | Crt 1-Order for Trial Setting-NonJury | | | 2 | CCCL-2015-318597 |
| 1067413 | 09/24/2015 02:01 PM | Rule 11 | RULE 11 AGREEMENT | | 3 | CCCL-2015-328119 |
| 1067413 | 10/01/2015 08:28 AM | Motion | MOTION FOR DISMISSAL/RULE 12(C) MOTION, FOLLOWING DEFENSES: SETTLEMENT BETWEEN THE PARTIES, VOLUNTARY WITHDRAWL OF THE COMPLAINT, AND PROCEDURAL DEFECTS SUCH AS LACK OF JURISDICTION OR A FAILURE TO STATE A CLAIM | | 14 | CCCL-2015-338751 |
| 1067413 | 10/01/2015 03:22 PM | Funds to Registry of Court | TO BE DEPOSITED INTO THE REGISTRY OF THE COURT (RENT FOR OCTOBER) $202.00 | | 1 | CCCL-2015-336638 |
| 1067413 | 10/05/2015 03:31 PM | Crt 1-Motion for Entry/Notice of Intent to Dismiss-Settlement | | | 2 | CCCL-2015-340359 |
| 1067413 | 10/05/2015 03:31 PM | Crt 1-Motion for Entry/Notice of Intent to Dismiss-Settlement | | | 2 | CCCL-2015-340361 |
| 1067413 | 10/20/2015 12:14 PM | Funds to Registry of Court | TO BE DEPOSITED INTO THE REGISTRY OFTHE COURT JP APPEAL | | 0 | |

**9**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | EV72C0039956 RECIEPT#188213 $202.00 | | |
| 1067413 | 10/26/2015 03:55 PM | Motion | | RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS | 5 | CCCL-2015-367271 |

**10**

CAUSE NO. 1050094

| HOUSTON HOUSING AUTHORITY | § | COUNTY COURT AT LAW OF |
|---|---|---|
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| TRACETTE HOUSE et al. | § | CIVIL COURT NO. 4 |

## ORDER OF DISMISSAL

Plaintiff in the above-captioned cause, the Houston Housing Authority, has filed a Notice of Nonsuit, nonsuiting without prejudice its claims against Defendant, Tracette House. Therefore, the above-captioned cause is dismissed without prejudice to being refiled. The parties are to bear their own fees and costs.

SIGNED on March 11, 2015.

_____
PRESIDING JUDGE

FILED
2015 MAR 11 AM 11:58
COUNTY CLERK
HARRIS COUNTY, TEXAS

11



# ALLIED ORION GROUP

2051 Greenhouse Road, Suite 300 • Houston, Texas 77084

Phone: 713-622-5844 • Fax: 713-622-4762 • www.allied-orion.com

July 1, 2015

Dear Cuney Homes Resident:

Orion Real Estate Services is very privileged to be working once again with the Houston Housing Authority as the management company for Cuney Homes effective July 1, 2015. Please know that we will do our best to make your home here as comfortable as possible. Orion has been working with public housing agencies for the last fourteen years throughout Texas, and our community partnerships with these agencies have enabled us to be successful in providing professional management of their assets while improving customer service for their residents. That will be Orion's mission here at Cuney Homes as well. At this time we would like to introduce your manager, Mr. Lafayette Hodges and the Regional Supervisor for Orion, Ms. Cynthia Fowler. Both Mr. Hodges and Ms. Fowler bring many years of property management experience to their positions. These Orion Management staffers will be working closely with all the residents, and your resident council to improve overall customer service and property operations within your community.

## Maintenance Repairs

A form has been attached to this correspondence for your use in reporting any outstanding maintenance work orders that might exist in your apartment home currently. Your site maintenance staff will be working over the next few weeks to complete all outstanding work orders so we ask for your patience as these work orders are prioritized and addressed. Please make sure that you supply a working telephone number and email address so that resident satisfaction follow-up maybe performed. Please supply as much information as possible, regarding the repair required and the location of the repair in your apartment.

## Apartment Inspections

Beginning Monday, July 6, 2015, apartment inspections will be performed at your community. These inspections will be utilized in the preparation of a capital needs budget for the upcoming fiscal year. It is our intention to perform approximately 100 inspections daily with an anticipated completion date for all of the inspections by July 17, 2015 at the latest. The anticipated inspections will be from July 6, 2015 to July 17, 2015 and there will be three (3) inspection teams.

## Rent Collections

For your convenience each month you are provided with a rental statement which will explain all monies due including the current month's rental amount and any balances owed. All resident ledgers will be audited as a part of the file review during the management transition and adjustments made if necessary. If you have any questions once you receive your statement for July then please contact the office or stop by to discuss with the site staff. We anticipate that there will be possible statement adjustments that will need to be made, however we once again ask for your patience as the staff endeavors to address all resident concerns during this transition of management services. Orion staff

members will be contacting any resident with an outstanding balance and prompt payment of these audited balances will be expected in July. Cash and partial payments for rent balances will not be accepted.

## Lease Enforcement

Orion will strictly enforce all the terms of the lease regarding, but not limited to housekeeping issues, late reexaminations, unauthorized occupants, community service requirements, late rental payments, and reported criminal activity.

## Resident Meeting

A resident meeting will be held in August at the property with management staff members. The date and time will be announced at a later date. Orion representatives will be available at this meeting to discuss any issues of concern that you may have regarding your apartment home or community. We look forward to meeting you and we hope you will always feel welcome to stop by and introduce yourself. "The door is always open" and we will welcome your call anytime we can be of assistance or answer your questions concerning your home or community.

Thank - you in advance for your patience as we work to improve the overall resident services within your community that you call "home".

Again, we look forward to the opportunity of working with you here at Cuney Homes.

Sincerely,

Susan Jarvis CPM, HCCP, PHM
Vice President of Housing Operations
Orion Real Estate Services

Attachment: Resident Maintenance Issue Form

UNOFFICIAL COPY



CAUSE NO. 399560

**Cuney Homes**
PLAINTIFF (S)

VS.

**Treatle House**
DEFENDANT (S)

1067413

IN THE JUSTICE COURT

PRECINCT 7-2

HARRIS COUNTY, TEXAS

**C.C.C.L. #1**

<u>EVICTION PETITION</u>

Plaintiff- Landlord Plaintiff is a Corporation
Plaintiff is acting through an agent Orion Real Estate Services, 1455 W. Loop S. Suite 800 Houston, Texas 77027 (713) 622-5488.

Defendant- Tenant(s) Defendant is an individual.

Defendant may be served as follows
• Individual Tenant Defendant- Tenant is an individual residing in <u>Harris County, Texas</u>, who is served with citation at the following address 3200 Truxillo #103F, Houston TX 77004

<u>LAST KNOWN ADDRESS:</u> The Plaintiff knows of no home or work addresses of the defendant in Harris County, other than the following 3200 Truxillo #103F, Houston TX 77004

• Right to Repossession
    Lease ___ Residential ___ Commercial _X_ Written ___ Oral ___ Date of Lease: February 1, 2015
    Term: From ___ to ___-2015 Rent: $ 305.00 per Month, payable on the 1st AND IS NOT SUBSIDIZED BY THE GOVERNMENT
• NON-PAYMENT OF RENT: Defendant(s) have failed to pay all rent owed prior to filing this complaint.
    Total unpaid rent to the time of filing this eviction complaint is $ 1,019.98
    The rental agreement violation involved defendant(s) failure to pay the rent for the period beginning March and running through the present which is earned and unpaid.
• Notice to vacate.
    Plaintiff delivered to defendant(s) a written notice to vacate in accordance with the applicable notice requirements of Section 24.005 or Section 24.006, Texas Property Code. Notice to Vacate (demand for possession) was unconditional.
    It was delivered on 07-27-2015 by affixing the notice to the inside of the main entry door of the premises.
• Attorney's fees. Plaintiff seeks attorney's fees as follows:
• Contractual attorney's fees: Lease Paragraph No. ___
    Amount of attorney's fees claimed: $ 100.00
Relief Requested: Tenant continues in possession of the property, and Landlord request that the Tenant cited, and that on the final hearing, Landlord be awarded possession, past if applicable, attorney's fees, if applicable and all costs of court, and general relief.

<u>Military Affidavit</u>

Under penalty of perjury, I am the attorney of record for the Plaintiff and I am capable of making this affidavit. I have been duly sworn on oath and the facts in this affidavit are within my personal knowledge and are true and correct.
No defendant in this case is on active duty in the U.S. military. The facts on which I base my conclusion are as follows:
    1) Defendants personal statements of employment; and
    2) Through verification of the Defendant's status by contacting Department of Defense at the following link: https://www.dmdc.osd.mil/acra/owa/home

PLAINTIFF: Cuney Homes

By_____
Kevin Fulton, SBN: 24059767
Valex "Duke" Amos III, SBN: 24084295
Millen Zemo, SBN: 24084143
Attorneys for Plaintiff
The Fulton Law Group PLLC
2855 Mangum Road, Suite 413
Houston, Texas 77006
(713) 677-0109 Office
(832) 201- 6847 Fax
• Plaintiff consents to email service of pleadings and notices the following email address.
Email address: Zemeta@Fultonlg.com
THE STATE OF TEXAS
COUNTY OF HARRIS
SWORN TO before me on _8-3-15_

CHELSEA MARIE PETERSON
Notary Public, State of Texas
My Commission Expires
May 14, 2018

Chelsea Peterson
NOTARY PUBLIC, State of Texas

EV-Docket Sheet
JUDGE ZINETTA A. BURNEY
Justice of the Peace Precinct 7, Place 2

Case Number: EV72C0039956

10 6 7 4 1 5

Harris County
State of Texas

C.C.C.L. #1

Plaintiff (s): CUNEY HOMES
Vs.    Represented by:_____
Defendant (s): TRACETTE HOUSE, Et. al
       Represented by:_____

Amount of Rent Per Month $202   Amount of Rent Paid by Tenant $_____

Amount of Rent Per Month $_____ paid by _____

Amount of Rent Owed $_____0_____

Plaintiff(s) _✓_Present ___Not Present at Trial.

Defendant(s) _✓_Present ___Not Present at Trial.

Notice of Appeal Given by: ___Plaintiff ___Defendant

Defendant's Appeal Amount set at $ 520.00

Plaintiff's Appeal Amount set at $500.00.
No writ of possession will issue until the expiration of five days from the time of signing of this judgment.

### Payment of Rent during the Pendency of Any Appeal:

✓ The amount of rent to be paid each rental pay period during the pendency of any appeal is $ 202 ᵃ .

☐ **Portion of rent paid by government agency.** A portion of the rent is payable by a government agency, and the amount of rent to be paid each rental pay period during the pendency of any appeal is: $_____by defendant;  $_____by government agency

**The court denies all other relief not granted in the judgments signed below.**

### AGREED JUDGMENT FOR THE PLAINTIFF (S)

On 08/21/15, the court heard the above-numbered and styled cause, determined and ordered: THAT by agreement of the parties judgment is entered for the above plaintiff for possession of the property sued for in the above plaintiff's petition. Further, by agreement of the parties, the writ of possession will issue on _____or some day thereafter, and that above plaintiff have judgment against above defendant(s) for  $_____ rent owed, plus $_____ as attorney fees and all costs of suit with interest thereon at a rate of 5.00% per annum, from the date of Judgment until paid, for which let execution issue.

_____
Justice of the Peace    Signed: 08/21/15

### JUDGMENT FOR THE PLAINTIFF

On 08/21/15, the court heard the above-numbered and styled cause, determined and ordered that judgment is entered for the above plaintiff for possession of the property sued for in above plaintiff's petition against above defendant(s) for which let writ of possession issue on AUGUST 27, 2015, or someday thereafter, and further, that above plaintiff have judgment against above defendant(s) for  $____0____ as rent owed, plus $00.00 as attorney fees, and all costs of suit with interest thereon at a rate of 5.00% per annum, from the date of Judgment until paid, for which let execution issue.

_____
Justice of the Peace    Signed: 08/21/15

### DEFAULT JUDGMENT FOR THE PLAINTIFF

On 08/21/15, the court heard the above-numbered and styled cause; determined that the above Defendant(s), failed to appear, failed to answer, and wholly made default. It is therefore decreed that judgment is entered for the above plaintiff for possession of the property sued for in above plaintiff's petition against above defendant(s) for which let writ of possession issue on AUGUST 27, 2015, or someday thereafter, and further, that above plaintiff have judgment against above defendant(s) for  $_____ as rent owed, plus $00.00 as attorney fees, and all costs of suit with interest thereon at a rate of 5.00% per annum, from the date of Judgment until paid, for which let execution issue.

_____
Justice of the Peace    Signed: 08/21/15

### JUDGMENT FOR THE DEFENDANT

On 08/21/15, the court heard the above-numbered and styled cause, determined and ordered that judgment is entered for the above defendant (s) against above plaintiff for possession of the property sued for in above plaintiff's petition, plus  $_____ as attorney fees, and Defendant's cost if any, with interest thereon at a rate of 5.00% per annum, for which let execution issue.

_____
Justice of the Peace    Signed: 08/21/15

### DISMISSAL

On 08/21/15, the court heard the above-numbered and styled cause, determined and ordered that the case is dismissed

_____  due to lack of jurisdiction
_____  as neither of the above parties appeared
_____  on the above defendant (s)' motion
_____  on the above plaintiff's motion
_____  by agreement of the above plaintiff and defendant (s) and that each side bears their cost incurred

Plaintiff_____

Defendant (s) _____

_____
Justice of the Peace    Signed: 08/21/15

JUXHG

EVDOC72
Page 1 of 2

15



Case Number: EV72C0039956

## NOTICE TO PARTIES INTENDING TO APPEAL: RIGHT TO REQUEST APPOINTMENT OF ATTORNEY

If you intend to appeal the Judgment of the Justice Court by filing a Pauper's Affidavit, you have the right to request the appointment of an attorney to represent you in the proceedings in the County Civil Courts at Law.

You may exercise this right after the Pauper's Affidavit has been approved and the appeal perfected.

You must make your request for the appointment of an attorney, in writing, to the County Civil Court at Law in which the appeal is filed.

An appointed attorney's representation is in the trial de novo in County Civil Court at Law. The County Civil Court at Law may terminate the representation for cause.

## NOTICE TO PARTIES INTENDING TO APPEAL BY FILING PAUPER'S AFFIDAVIT

If you are unable to pay the costs of appeal or file an appeal bond, you may appeal the Judgment of the Justice Court by filing a pauper's affidavit no later than the 5th day after the date the judgment is signed.

If you are the tenant and file a pauper's affidavit to appeal an eviction for nonpayment of rent, you must pay the initial deposit of rent into the registry of the justice court within five (5) days of the date you file the pauper's affidavit. The rent must be paid by cash, cashier's check or money order payable to the "Justice of the Peace."

**Your failure to pay the first deposit of rent into the Justice Court Registry by the required date and time may result in the issuance of a writ of possession without a hearing.** Because the appeal has been perfected by filing a pauper's affidavit, even though a writ of possession has issued, the transcript and original papers will be forwarded to the County Civil Court at Law for trial de novo.

## RIGHT TO CONTEST PORTION OF RENT PAID BY GOVERNMENT AGENCY

If a government agency is responsible for all or a portion of the rent, either party may contest the determination of the portion of rent to be paid by the tenant. A contest must be filed with the Justice Court on or before the 5th day after the date the judgment in the eviction proceeding is signed. Not later than the 5th day after the contest is filed, the Justice Court will notify the parties and hold a hearing to determine the amount to be paid by the tenant under the terms of the rental agreement and applicable laws and regulations. If the tenant object to the Justice Court's ruling on the portion of rent to be paid, the tenant is required to pay only the portion that the tenant claims is owed until the issue is heard in the County Civil Court at Law. During the appeal, the tenant or the landlord may file a motion with the County Civil Court at Law to reconsider the amount of rent that the tenant must pay into the Registry of the Court.

JUXHG

# Houston Police Department

0557533-15  Rept No. ORIG

Reports



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131 Emergency Dial 911

Reported Date/Time
**5/2/2015 18:44**
Offense Report Title
**Investigation - Forgery/Fraud/Counterfeit**
Officer Name
**OROZCO, J A**



**Administrative Information**

| Address | | | | | City | | | Zip |
|---|---|---|---|---|---|---|---|---|
| 3200 TRUXILLO | | | | | HOUSTON | | | 77004 |

| District | Station | Distr | From Date | From Time | To Date | To Time | Primary Unit |
|---|---|---|---|---|---|---|---|
| 10H50 | SC | 10 | 07/01/2010 | 08:00 | 05/02/2015 | 17:00 | FRONT |

| Officer 1 Name | Division |
|---|---|
| OROZCO, J A | Issued In Error |

| Officer 2 Name | Division |
|---|---|
| | |

| Weather | Offense County | | Est. Loss Value |
|---|---|---|---|
| CLEAR | Harris County | | None or Not Applicable |

| Hate Crime | Family Violence | Metal Theft | Gang Crime |
|---|---|---|---|
| No | No | No | |

| Race | Sex | Birthday | HGT | WGT | Age |
|---|---|---|---|---|---|
| Black or | Female | | 5'05" | 148# | 42 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 3200 TRUXILLO #103 | HOUSTON | TX | 77004 |

| Phone(s): | |
|---|---|

COMPLAINANT STATED SUSPECTS ARE TAKING HER MONEY AND OVER CHARGING HER WITH SUR CHARGES.
COMPLAINANT STATED SHE WILL PRESS CHARGES.

3 SUSPECTS. NO ARREST. NO EVIDENCE TAGGED. NO INJURIES.



| Report Officer | Printed At | Page: 1 of 1 |
|---|---|---|
| OROZCO, J A | 05/05/2015 03:41 | |

17

<u>NO. 1067413</u>

| | | |
|---|---|---|
| CUNEY HOMES | § | IN THE COUNTY CIVIL COURT |
| PLAINTIFF | § | |
| | § | |
| V. | § | AT LAW NO. ONE (1) |
| | § | |
| TRACETTE HOUSE | § | |
| DEFENDANT | § | HARRIS COUNTY, TEXAS |



Rule 11

~~Agreement~~ AGREEMENT

On September 24, 2015, the Court heard the Petition for Forcible Detainer brought by CUNEY HOMES against TRACETTE HOUSE.

1.    PLAINTIFF appeared in person and by attorney Duke Amos SBN: 24084295.

2.    DEFENDANT TRACETTE HOUSE Appeared.

3.    The Court determined that it had proper jurisdiction over the cause and that venue was proper.

4.    The Court finds that this is a suit for forcible detainer relating to leased premises at 3200 Truxillo #103F, Houston TX 77004 and a lease agreement entered into by the parties on February 1, 2015

5.    On August 21, 2015, DEFENDANT appealed a Judgment in favor of PLAINTIFF from the Justice of the Peace Court.

6.    A trial was demanded by DEFENDANT.

7.    No jury was requested.

~~8.    Having reviewed the evidence, and heard the evidence and arguments, the Court is of the opinion that the petition has been proven.~~

~~9.    It is therefore ORDERED, ADJUDGED AND DECREED that a Writ of Possession is granted ordering the Constable of this Precinct to place CUNEY HOMES in possession of the premises located at~~ 3200 Truxillo #103F, Houston TX 77004. CUNEY HOMES shall receive

judgment for court cost in the amount of $116, past due rent in the amount of $_____ and attorney fees at a flat rate of $600. The customary hourly rate for this attorney is $190 an hour and this case included reviewing the file, preparing the client for testimony, drafting a proposed judgment, and attending court. The Court finds that the amount charged is reasonable and necessary for an unlawful detainer case in Harris County, Texas. A 5% interest rate shall be added to the post-judgment awards.

10. It is ORDERED, ADJUDGED AND DECREED that PLAINTIFF CUNEY HOMES shall recover from DEFENDANT TRACETTE HOUSE possession of the premise located at 3200 Truxillo #103F, Houston TX 77004; that a Writ of Possession issue to the proper officer commanding him to seize possession of said premise and deliver same to PLAINTIFF after said Writ of Possession has been duly filed by PLAINTIFF if DEFENDANT have not vacated. Plaintiff shall have the right to obtain a writ of possession on _____. Defendant must have vacated the property on or before _____.

11. The amount of the Supersedeas Bond shall be $9,456. The Supersedeas Bond is twelve times the amount of monthly rent which is the value of rent likely to accrue during the appeal of a forcible detainer case.

12. The court further orders that any funds put into the registry during the pending of the this appeal be release to the PLAINTIFF CUNEY HOMES.

Signed on the _____ day of September 2015.

_____
Judge Presiding

The parties agree to the following:

(1) Defendant agrees to vacate the unit on or before October 15, 2015.

(2) If defendant does not move or vacate, plaintiff shall be allowed to obtain a writ of possession on October 15, 2015.

(3) Plaintiff in turn, will dismiss the case + send a satisfaction of judgment to the lower court.

(4) Atty agrees to fulfillment of allegation.

_____
Tracette House, Defendant

| | | |
|---|---|---|
| CUNEY HOMES | § | IN THE COUNTY CIVIL COURT SIC |
| PLAINTIFF | § | |
| | § | MC |
| V. | § | AT LAW NO. ONE (1) |
| | § | |
| TRACETTE HOUSE | § | |
| DEFENDANT | § | HARRIS COUNTY, TEXAS |

Rule 11

~~AGREED~~ AGREEMENT

On September 24, 2015, the Court heard the Petition for Forcible Detainer brought by CUNEY HOMES against TRACETTE HOUSE.

1.  PLAINTIFF appeared in person and by attorney Duke Amos SBN: 24084295.

2.  DEFENDANT TRACETTE HOUSE Appeared .

3.  The Court determined that it had proper jurisdiction over the cause and that venue was proper.

4.  The Court finds that this is a suit for forcible detainer relating to leased premises at 3200 Truxillo #103F, Houston TX 77004 and a lease agreement entered into by the parties on February 1, 2015

5.  On August 21, 2015, DEFENDANT appealed a Judgment in favor of PLAINTIFF from the Justice of the Peace Court.

6.  A trial was demanded by DEFENDANT.

7.  No jury was requested.

8.  ~~Having reviewed the evidence, and heard the evidence and arguments, the Court is of the opinion that the petition has been proven.~~

9.  ~~It is therefore ORDERED, ADJUDGED AND DECREED that a Writ of Possession is granted ordering the Constable of this Precinct to place CUNEY HOMES in possession of the premises~~ located at 3200 Truxillo #103F, Houston TX 77004. CUNEY HOMES shall receive

~~judgment for court cost in the amount of $116, past due rent in the amount of $_____ and~~
~~attorney fees at a flat rate of $600. The customary hourly rate for this attorney is $190 an hour and~~
~~this case included reviewing the file, preparing the client for testimony, drafting a proposed~~
~~judgment, and attending court. The Court finds that the amount charged is reasonable and necessary~~
~~for an unlawful detainer case in Harris County, Texas. A 5% interest rate shall be added to the post-~~
~~judgment awards.~~

~~10.   It is ORDERED, ADJUDGED AND DECREED that PLAINTIFF CUNEY HOMES shall~~
~~recover from DEFENDANT TRACETTE HOUSE possession of the premise located at 3200~~
~~Truxillo #103F, Houston TX 77004; that a Writ of Possession issue to the proper officer~~
~~commanding him to seize possession of said premise and deliver same to PLAINTIFF after said Writ~~
~~of Possession has been duly filed by PLAINTIFF if DEFENDANT have not vacated. Plaintiff shall~~
~~have the right to obtain a writ of possession on _____. Defendant must have~~
~~vacated the property on or before _____.~~

~~11.   The amount of the Supersedeas Bond shall be $9,456. The Supersedeas Bond is twelve times~~
~~the amount of monthly~~ rent which is the value of rent likely to accrue during the appeal of a forcible
~~detainer case.~~ The writ may issue on or after May Day, November 2nd, 2015.

~~12.   The court further orders that any funds put into the registry during the pending of the this~~
~~appeal be release to the PLAINTIFF CUNEY HOMES.~~

Signed on the 31st day of ~~September~~ October 2015.

_____
Judge Presiding

The parties Agree to the following:

(1) Defendant Agrees to vacate the unit on or before October 15, 2015.

(2) If defendant does not move or vacate, Plaintiff ~~defendant~~ shall be allowed to obtain a writ of possession on October 15, 2015.

(3) Plaintiff in turn, will dismiss the case + send a satisfaction of judgment to the lower court.

(4) ~~Atty agrees to fully investigate allegations by tphae.~~

Tracette House
Defendant

**APPROVED AS TO FORM AND JUDGMENT REQUESTED:**

By: _____

Kevin Fulton; SBN: 24059787
Millen Zemo; SBN: 24084143
Valex "Duke" Amos III; SBN: 24084295
2855 Mangum Road, Suite 413
Houston, TX 77092
713.677.0109 Phone
(832) 201.8847 Fax
Email: kfulton@fultonlg.com
Attorneys for PLAINTIFF
**CUNEY HOMES**

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

FILED
2015 OCT 30 AM 11: 52
Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS



FILED
2015 SEP 24 PM

22

1067413

CUNEY HOMES

VS.

TRACETTE HOUSE

IN THE COUNTY CIVIL COURT

AT LAW NO. ONE (1)

HARRIS COUNTY, TEXAS

The supersedeas bond to stay execution of this Judgment is hereby set at $ 5,000
(five thousand)

Said bond to be either cash of corporate surety bond.

OCT 3 0 2015

_____
JUDGE PRESIDING

UNOFFICIAL COPY

FILED
2016 OCT 30 PM 2: 04
Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

23



## HOUSTON
#### HOUSING AUTHORITY
Transforming Lives & Communities

2640 Fountain View Drive Houston, Texas 77057 | www.housingforhouston.com

## Monthly Statement For Rent and Other Charges

**House, Tracette D**
3200 Truxillo
103F
Houston, TX 77004
**Unit ID:** 501390
**Development:** Cuney Homes

Security Deposit Paid: $244.00
**Security Deposit Charged:** $244.00

**Beginning Balance:** $1,947.97

**Current Activity from 10/2/2015 to 11/1/2015**

| TranDate | Description | Tran Amount | Security Deposit |
|---|---|---|---|
| 11/01/2015 | 11/01/2015 Rent Charge | 203.00 | No |

**Total Amount Due:** $2,150.97

**Ending Balance:** $2,150.97

\\HHA-ECSFS\ECSApps\EliteLive\19-50500.rpt

ISSUE



## THE FULTON
### L A W  G R O U P  P L L C

FILED
11/2/2015 11:14:09 AM
Stan Stanart
County Clerk
Harris County

Kevin Fulton
Attorney
kfulton@fultonlg.com
H-Texas Magazine 2014 Top Lawyer
H-Texas Magazine 2015 Top Lawyer

Valex "Duke" Amos III
Associate Attorney
damos@fultonlg.com

Millen Zemo
Associate Attorney
mzemo@fultonlg.com

Abigail Kim
Associate Attorney
akim@fultonlg.com

Chris Carmona
Of Counsel
ccarmona@fultonlg.com

2855 Mangum Rd Suite 413
Houston, Texas 77092
713.677.0109 Phone
832.201.8847 Fax

November 2, 2015

Harris County Court at Law One
201 Caroline, Suite 740
Houston TX 77002

Please find the following request and court fees for Writ of Possession filing in your court:

Cause No. 1067413

Cuney Homes vs. Tracette House

Thank you for your assistance. Please contact the office at (713) 677-0109 if any questions arise.

Sincerely,

Zaneta Allen
Legal Assistant

# STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS
## COUNTY CIVIL COURTS DEPARTMENT

**Docket Number: 1067413**
**Receipt Number: 1093715     11/2/15     $125.00**

CUNEY HOMES
VS.
TRACETTE HOUSE

In The County Civil Court at Law No. One (1)
201 Caroline / Suite 500
Houston, Harris County, Texas 77002

## THE STATE OF TEXAS
## WRIT OF POSSESSION ON PROPERTY (AWARD OF POSSESSION)

To Any Sheriff or Constable or Authorized Person of the State Of Texas

Whereas on the 30th day of October, 2015 Plaintiff(s) in above numbered and styled cause, was awarded possession against Defendant(s), TRACETTE HOUSE of the following described property situated in the county: 3200 Truxillo #103F, Houston TX 77004 ("Premises")

And whereas, five days or more have expired from the time possession was awarded.

You are hereby commanded to post a written warning of at least 8 ½ by 11 inches on the exterior of the front door of the premises, notifying the Defendant(s) that the writ has been issued and that it will be executed on or after a specific date and time stated in the warning not sooner than 24 hours after the warning is posted.

You are hereby commanded on the execution of this writ, to deliver possession of the premises to Plaintiff(s), and to:

(1) Instruct the Defendant(s) and all persons claiming under the Defendant(s) to leave the premises immediately, and if they fail to comply, physically remove them.

(2) Instruct the Defendant(s) to remove or allow the Plaintiff(s) representatives, or other persons acting under your supervision to remove all personal property from the premises, other than the personal property claimed to be owned by the Plaintiff(s); and

(3) Place, or have an authorized person place, the moved personal property outside the premises at a nearby location, but not blocking a public sidewalk, passageway, or street and not while it is raining, sleeting or snowing.

You are further authorized, at your discretion, to engage the services of a bonded or insured warehouseman to remove and store, subject to applicable law, part of all of the property at no cost to the plaintiff or the officer executing the writ.

You are notified that under section 7.003 of the civil practice and remedies code, you are not liable for damages resulting from the execution of the writ if you execute the writ in good faith and with reasonable diligence.

Make due return of this writ by showing how you executed it.

P.O. Box 1525 | Houston, TX 77251-1525 | (713) 755-6421

Form No. H-01-19 (Rev. 08/31/2011)          WWW.CCLERK.HCTX.NET          Page 1 of 1

**26**

## Docket Number: 1067413

Issued and given under my hand and the seal of said court, at Houston, Texas, this, 3rd day of November, 2015.

(SEAL)

STAN STANART, County Clerk
County Civil Court At Law No. One (1),
201 Caroline, Suite 300
Harris County, Texas

_____
Benjamin J. Hernandez
Deputy County Clerk

REQUESTED BY: KEVEN HAROLD FULTON
THE FULTON LAW GROUP PLLC
2885 MANGUM ROAD, SUITE 413
HOUSTON, TEXAS 77008

CAME TO HAND ON THE _____ DAY OF _____ , _____ AT _____

O'CLOCK ___ . M., AND EXECUTED ON THE ____ DAY OF _____ , _____

AT _____ O'CLOCK ___ .M. , _____

_____

_____

_____

_____

_____


_____          _____
(AUTHORIZED PERSON)                 (SHERIFF / CONSTABLE)

                                    BY _____ DEPUTY

_____          _____COUNTY, TEXAS

(NOTARY)



# HOUSTON
## HOUSING AUTHORITY



2640 Fountain View Drive Suite 400 Houston, Texas 77057 | 713.260.0800 P | 713.260.0805 F | Ernie Etuk, **President & CEO**
**Board of Commissioners** Timothy F. Seckinger, *Chair* | Rev. Myron Cloyd, *Vice Chair* | Andrew Tran | Rueben C. Casarez | Shelia Smith

**Office of Public Housing Operations**

# NOTICE TO VACATE

*October 27, 2015*

VIA HAND DELIVERY

Tracette House **and All Occupants**
**3200 Truxillo St #103F**
**Houston, Texas 77004**

RE:   Houston Housing Authority– Residential Lease Agreement (the "Lease") Dated **10/01/2015** by and between **Tracette House** and the Houston Housing Authority (f/k/a Housing Authority of the City of Houston for the unit located at **3200 Truxillo St #103F** Houston, Texas 77004 the "Premises").

Dear **Tracette House and All Occupants**:

The purpose of this letter is to notify you that, due to your default under the Lease, your right to possession of the Premises is hereby terminated.

As you were previously notified, the Housing Authority has become aware that your monthly rent is delinquent in the amount of **$203.00** for the month(s) of **October 2015**. The following fees are also delinquent: **$203.00** in rent; $---- in utility fees; **$15.00** in late fees; and **$0.00** in other fees.

These actions constitute material violations of the Lease by you, including but not limited to the Rental Amount section of the Lease which states, rent is due and payable in advance without demand on the first day of each month and shall be considered delinquent after the fifth business day of the month. The Lease defines non-payment of rent as a material non-compliance for which your tenancy may be terminated.

Pursuant to the Lease and applicable law, you are notified as follows:

A Fair Housing and Equal Employment Opportunity Agency
Individuals with disabilities may contact the 504/ADA Administrator at 713-260-0528
TTY 713-260-0547 or 504_ADA@hach.org to request reasonable accommodations.

1

1.      Due to your refusal to comply with the above mentioned portions of the Lease, your right to occupy the Premises is hereby terminated. You have three (3) calendar days from the date of this letter in which to vacate the Premises.

2.      You are expected to leave the Premises in a clean and rentable condition. You will be held responsible for any damages done to the Premises.

3.      In the event that you fail to vacate the Premises within three (3) calendar days, it is the Housing Authority's intention to file suit against you in the applicable Justice Court to recover possession of the Premises. In any such suit, the Housing Authority may seek recovery of any damages done to the Premises as well as court costs, expenses and interest.

4.      Nothing contained herein shall constitute an election or waiver of any rights or remedies which the Housing Authority has; it is the Housing Authority's intention to preserve all rights and remedies available to it pursuant to Texas law; any delay or postponement in taking any action shall not constitute a waiver of the Housing Authority's right to take such action at any time; nothing contained herein shall constitute a waiver of any other default which may currently or hereafter exist.

Sincerely,

Property Manager

A Fair Housing and Equal Employment Opportunity Agency
Individuals with disabilities may contact the 504/ADA Administrator at 713-260-0528
TTY 713-260-0547 or 504_ADA@hach.org to request reasonable accommodations.

2

29



**State of Texas**
**County of Harris**
County Auditor's Form 153
Harris County, TX (rev. 07/11)

**Stan Stanart, County Clerk**

County Civil Courts (713) 755-6421          **COPY**

**Fee Officer's Official Receipt**

**Receipt #:** 1084832
**Receipt Date:** 10/1/2015

**Fees Assessed By:**
**Cashier:** SZAMORA

TRACETTE HOUSE
3200 TRUXILLO SPT APT 103F

HOUSTON TX 77004

**Receipt Type:** Registry Deposit

**Party Name: CUNEY, HOMES**

**Case Number:** 1067413                    CUNEY   VS. TRACETTE HOUSE

**Court Number: One (1)**

**Party Name: FULTON JR, KEVEN HAROLD**

**Case Number:** 1067413                    CUNEY   VS. TRACETTE HOUSE

**Court Number: One (1)**

**Party Name: TRACETTE HOUSE**

**Case Number:** 1067413                    CUNEY   VS. TRACETTE HOUSE

**Court Number: One (1)**

| Tender Type | Tender SubType | Check #/CC Auth # | Tender Amount |
|---|---|---|---|
| Cash | | | $202.00 |

**Total Paid: $202.00**

**Over Payment: $0.00**

**Change Due: $ 0.00**

**Remarks :**     TO BE DEPOSITED INTO THE REGISTRY OF THE COURT FOR OCTOBER'S RENT

**Print Date :**       11/9/2015 4:04:15 PM

**30**



**State of Texas**
**County of Harris**
County Auditor's Form 153
Harris County, TX (rev. 07/11)

**Stan Stanart, County Clerk**

County Civil Courts (713) 755-6421          **COPY**

**Fee Officer's Official Receipt**

**Receipt #:** 1090052
**Receipt Date:** 10/20/2015

**Fees Assessed By:**
**Cashier:** SZAMORA

TREASURER OF HARRIS COUNTY TEXAS
1001 PRESTON AVE

**Receipt Type:** Registry Deposit

HOUSTON TX 77002

**Party Name: CUNEY, HOMES**

**Case Number: 1067413**                           CUNEY   VS. TRACETTE HOUSE

**Court Number: One (1)**

**Party Name: FULTON JR, KEVEN HAROLD**

**Case Number: 1067413**                           CUNEY   VS. TRACETTE HOUSE

**Court Number: One (1)**

**Party Name: TRACETTE HOUSE**

**Case Number: 1067413**                           CUNEY   VS. TRACETTE HOUSE

**Court Number: One (1)**

| Tender Type | Tender SubType | Check #/CC Auth # | Tender Amount |
|---|---|---|---|
| Check | | 01157257 | $202.00 |

**Total Paid: $202.00**

**Over Payment: $0.00**

**Change Due: $ 0.00**

**Remarks :**      TO BE DEPOSITED INTO THE REGISTRY OF THE COURT; JP APPEAL; EV72C0039956; RECEIPT #188213

**Print Date :**          10/30/2015 12:54:53 PM

**31**



PLACE FACE UP ON DASH
3 HOUR TIME LIMIT
Meter hours 7am-6pm, M-Sat
Sign Restrictions Apply
LEAVE BLOCK BY TIME LIMIT
Expiration Date/Time
EXP. 01:14PM
NOV 05 2015

Questions or Comments
Dial 311.

Purchase Date/Time
Total Due:
Total Paid: $0.45

Ticket #: 00008
S/N #: 13000648
Setting: CBD-CNorth
Mach Name: FRA1305

per Hour
Payment Type: Cash

Expiration
Purchase

Total Due:
Total Paid: $0

per Hour
Payment Type: Cash

Ticket #: 00003283
Setting: CBD-CNorth $2 A
Mach Name: FRA1305

ON DASH    DISPLAY FACE  UP ON DASH    DISPLAY FACE  UP ON DASH    DISPLAY FACE  UP ON DAS



WESTERN UNION

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

MONEY ORDER

17-325819590

H-E-B Services

$ 202.00

PAY EXACTLY
PAY TO THE
ORDER OF

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

PURCHASER'S SIGNATURE

⑈:10 2 100 400⑈:  40 173 258 195903⑈

MONEY ORDER RECEIPT - NON NEGOTIABLE





AGT 621707 LOC 000630 DT 110515 $202.00 2HUNDRED2DOLLARS AND NO CENTS

Payable to:



* 1 7 3 2 5 8 1 9 5 9 0 *

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was
found to be inadequate for the best photographic
reproduction because of illegibility, carbon or
photo copy, discolored paper, etc. All blockouts,
additions and changes were present at the time
the instrument was filed and recorded.

<u>NO. 1067413</u>

| | | |
|---|---|---|
| CUNEY HOMES | § | IN THE COUNTY CIVIL COURT S I C |
| PLAINTIFF | § | |
| | § | M C |
| V. | § | AT LAW NO. ONE (1) |
| | § | |
| TRACETTE HOUSE | § | |
| DEFENDANT | § | HARRIS COUNTY, TEXAS |



Rule 11
~~AGREED~~ AGREEMENT

On September 24, 2015, the Court heard the Petition for Forcible Detainer brought by CUNEY HOMES against TRACETTE HOUSE.

1.      PLAINTIFF appeared in person and by attorney Duke Amos SBN: 24084295.

2.      DEFENDANT TRACETTE HOUSE Appeared .

3.      The Court determined that it had proper jurisdiction over the cause and that venue was proper.

4.      The Court finds that this is a suit for forcible detainer relating to leased premises at 3200 Truxillo #103F, Houston TX 77004 and a lease agreement entered into by the parties on February 1, 2015

5.      On August 21, 2015, DEFENDANT appealed a Judgment in favor of PLAINTIFF from the Justice of the Peace Court.

6.      A trial was demanded by DEFENDANT.

7.      No jury was requested.

~~8.      Having reviewed the evidence, and heard the evidence and arguments, the Court is of the opinion that the petition has been proven.~~

~~9.      It is therefore ORDERED, ADJUDGED AND DECREED that a Writ of Possession is granted ordering the Constable of this Precinct to place CUNEY HOMES in possession of the~~ premises located at 3200 Truxillo #103F, Houston TX 77004.  CUNEY HOMES shall receive

**33**

judgment for court cost in the amount of $116, past due rent in the amount of $_____ and attorney fees at a flat rate of $600. The customary hourly rate for this attorney is $190 an hour and this case included reviewing the file, preparing the client for testimony, drafting a proposed judgment, and attending court. The Court finds that the amount charged is reasonable and necessary for an unlawful detainer case in Harris County, Texas. A 5% interest rate shall be added to the post-judgment awards.

10. It is ORDERED, ADJUDGED AND DECREED that PLAINTIFF CUNEY HOMES shall recover from DEFENDANT TRACETTE HOUSE possession of the premise located at 3200 Truxillo #103F, Houston TX 77004; that a Writ of Possession issue to the proper officer commanding him to seize possession of said premise and deliver same to PLAINTIFF after said Writ of Possession has been duly filed by PLAINTIFF if DEFENDANT have not vacated. Plaintiff shall have the right to obtain a writ of possession on _____. Defendant must have vacated the property on or before _____.

11. The amount of the Supersedeas Bond shall be $9,456. The Supersedeas Bond is twelve times the amount of monthly rent which is the value of rent likely to accrue during the appeal of a forcible detainer case. ⊘ The writ may issue on or after Monday, November 2nd, 2015.

12. The court further orders that any funds put into the registry during the pending of the this appeal be release to the PLAINTIFF CUNEY HOMES.

Signed on the 31st day of ~~September~~ October 2015.

_____
Judge Presiding

The parties agree to the following:

(1) Defendant agrees to vacate the unit on or before October 15, 2015.

(2) If defendant does not move or vacate, Plaintiff shall be allowed to obtain a writ of possession on October 15, 2015.

(3) Plaintiff in turn, will dismiss the case + send a satisfaction of judgment to the lower court.

(4) Atty agrees to further investigate allegations by tp.

Tracette House
_____
Defendant

**34**

**APPROVED AS TO FORM AND JUDGMENT REQUESTED:**

By: _____
Kevin Fulton; SBN: 24059787
Millen Zemo; SBN: 24084143
Valex "Duke" Amos III; SBN: 24084295
2855 Mangum Road, Suite 413
Houston, TX 77092
713.677.0109 Phone
(832) 201.8847 Fax
Email: kfulton@fultonlg.com
Attorneys for PLAINTIFF
**CUNEY HOMES**

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

